■ In the Matter of CHARLES E. MORRIS, Appellant, v ALBERT T. HAYDUK et al., Constituting the Westchester County Board of Elections, et al., Respondents.—In a proceeding to validate petitions designating petitioner Charles E. Morris as a candidate in the Conservative Party primary election to be held on September 11, 1979 for the public office of Councilman of the Town of Yorktown, the appeal is from a judgment of the Supreme Court, Westchester County, entered August 15, 1979, which dismissed the proceeding. Judgment affirmed, without costs or disbursements (see *Matter of Alper v Hayduk,* 71 AD2d 935). Mollen, P.J., O'Connor, Rabin, Shapiro and Gibbons, JJ., concur.

■ In the Matter of ANDREA B. OLSEN, Appellant, v ALBERT T. HAYDUK et al., Constituting the Westchester County Board of Elections, et al., Respondents.—In a proceeding to invalidate petitions designating Katherine S. Carsky as a candidate in the Republican Party primary election to be held on September 11, 1979 for the public office of Councilman, 11th Ward, City of Yonkers, the appeal is from a judgment of the Supreme Court, Westchester County, entered August 15, 1979, which dismissed the proceeding. Judgment affirmed, without costs or disbursements (see *Matter of Alper v Hayduk,* 71 AD2d 935). Mollen, P.J., O'Connor, Rabin, Shapiro and Gibbons, JJ., concur.

■ JOHN W. READEY et al., Respondents, v EVERETT F. McNAB et al., Constituting the Commissioners of the Board of Elections of the County of Suffolk, et al., Respondents, and WALTER BECK, Appellant.—In a proceeding, *inter alia,* to invalidate petitions designating Walter Beck as a candidate in the Democratic Party primary election to be held on September 11, 1979 for the public office of Councilman for the Town of Brookhaven, the appeal is from a judgment of the Supreme Court, Suffolk County, dated August 17, 1979, which granted the application. Judgment affirmed, without costs or disbursements, on the opinion of Mr. Justice Jaspan at Special Term. Lazer, J. P., Mangano, Gulotta, Margett and Martuscello, JJ., concur.